(21 Misc. Rep. 536.)

### DURYEA, WATTS & CO., Limited, v. RAYNER.

(City Court of New York, General Term. October 26, 1897.)

APPEAL—DISMISSAL.

     A bill of costs was taxed in favor of plaintiff. Defendant procured an order on June 11th for retaxation, and plaintiff appealed therefrom. Defendant also appealed from the judgment, which on July 1st was reversed by the appellate term, "with costs to appellant to abide the event," and a new trial granted. *Held*, that this would render a decision on the appeal from the order nugatory, and that that appeal should be dismissed.

Appeal from special term.

Action by Duryea, Watts & Co., Limited, against Julius Rayner. From an order retaxing costs, plaintiff appeals. Dismissed.

Argued before SCHUCHMAN and CONLAN, JJ.

L. B. Bunnell, for appellant.

R. J. Mahon, for respondent.

SCHUCHMAN, J. This is an appeal by the plaintiff from an order made and entered on June 11, 1897, ordering the bill of costs herein to be retaxed by striking therefrom certain items. The bill of costs was in favor of the plaintiff. The appellate term of the supreme court, on July 1, 1897, by an order duly made and entered, reversed the judgment in favor of the plaintiff herein, "with costs to the appellant to abide the event," and granted a new trial. For these reasons a decision of this appeal becomes nugatory, and therefore the appeal is dismissed, without costs.

CONLAN, J., concurs.